Helen Gaidine OGLESBEE; Carol Jean Rodriguez; Richelle Ann Hendrix, Plaintiffs–Appellants,

v.

U.S. DEPT. OF ENERGY; Westinghouse Hanford Corporation; Fluor Hanford; General Electric; E.I. Dupont Denemours; Rockwell Hanford International, Defendants–Appellees.

No. 01–35202.

D.C. No. CV–00–05028–RHW.

United States Court of Appeals, Ninth Circuit.

---

for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Oct. 15, 2001.*

Decided Oct. 24, 2001.

Before REINHARDT, GRABER, and BERZON, Circuit Judges.

MEMORANDUM **

Helen Gaidene Oglesbee, Carol Jean Rodriguez and Richelle Ann Hendrix appeal pro se the district court's order dismissing their claims as a Fed.R.Civ.P. 41(b) sanction. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion dismissals for failure to comply with an order requiring amendment of a complaint, *McHenry v. Renne,* 84 F.3d 1172, 1177 (9th Cir.1996), and we affirm.

Dismissal was proper because appellants' amended complaint failed to comply with the district court's previous order requiring amendment pursuant to Fed. R.Civ.P. 8 and 10. *See McHenry,* 84 F.3d at 1178–79. The district court, therefore, did not abuse its discretion. *See Yourish v. Cal. Amplifier,* 191 F.3d 983, 990 (9th Cir.1999).

Appellants' "Motion to Request Dismissal of Fluor Corporation-Fluor Hanford, Inc. from this Litigation" and "Motion to Compel Rockwell, Westinghouse, General Electric, and E.I. Dupont to Defend

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Against Plaintiffs' Injury Complaints" are denied.

AFFIRMED.